ACCEPTED
01-15-00161-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/12/2015 10:18:55 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-001610-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/12/2015 10:18:55 AM
CHRISTOPHER A. PRINE
Clerk

CAMILLO MARTINEZ O/B/O DECEASED, YOLANDA MARTINEZ,
APPELLANT

V.

NABELL "BILL" ARAFAT D/B/A TEXAS CAR STEREO,
APPELLEE

Appealed from the 270th Judicial District Court
Harris County, Texas
Trial Court Cause No. 2011-44754-A

**APPELLANT'S NOTICE OF CHANGE OF
FIRM ASSOCIATION AND ADDRESS**

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

**COMES NOW**, Appellant, Camillo Martinez o/b/o Deceased, Yolanda Martinez, and pursuant to Tex. R. App. P. 6.1(c), files his Notice of Change of Counsel's Firm Association and Address and would respectfully show as follows:

Counsel for Respondent has changed his firm association and contact information. Henceforth, notices and correspondence to Mr. Joshua R. Leske, Appellant's attorney of record should be directed as follows:

1

Husain Law + Associates, P.C
Mr. Joshua R. Leske
5858 Westheimer Rd., Suite 400
Houston, Texas 77057
Phone: (713) 621-8900
Fax: (713) 621-8909
Email: jleske@hlalawfirm.com

Respectfully submitted,

**HUSAIN LAW + ASSOCIATES, P.C.**

By: */s/ Joshua R. Leske*
    Joshua R. Leske
    State Bar No. 24060162
    5858 Westheimer Rd., Suite 400
    Houston, Texas 77057
    (713) 621-8900 telephone
    (713) 621-8909 facsimile
    jleske@hlalawfirm.com

**COUNSEL FOR APPELLANT**

## CERTIFICATE OF ELECTRONIC SERVICE

I certify that on August 12, 2015, at approximately 10:20 a.m., I served a copy of Appellant's Notice of Change of Counsel's Firm Association and Address on the party(s) listed below by electronic service concurrently with the electronic filing of the document. The electronic transmission was reported as complete. My e-mail address is jleske@hlalawfirm.com.

***Via E-Filing & E-Service***

Mr. Troy Williams
Ms. Robin Blanchette
Germer PLLC
333 Clay Street, Suite 4930
Houston, Texas 77002

***Via E-Filing & E-Service***

Mr. Joseph Heard
Heard & Medack, PC
9494 Southwest Freeway, Suite 700
Houston, Texas 77074

*/s/ Joshua R. Leske*
Joshua R. Leske